| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mitchell Rock, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | 25-00701-11 |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ $ 5,854,450.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ $ 5,854,450.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ 4,627,337.91

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................. $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 286,374.00

4. **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b $ 4,913,711.91

Official Form 206Sum             Summary of Assets and Liabilities for Non-Individuals             page 1

Case 25-00701-TOM11    Doc 42    Filed 04/25/25    Entered 04/25/25 15:18:31    Desc Main
Document    Page 1 of 9

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mitchell Rock, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | 25-00701-11 |

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Renasant Bank | Business Checking | 8699 | $5,000.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**   $5,000.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. Accounts receivable

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 37,449.00 | – | 0.00 | = .... | $37,449.00 |

| 12. | Total of Part 3. | $37,449.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

### Part 4: Investments

**13. Does the debtor own any investments?**

- [✓] No. Go to Part 5.
- [ ] Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- [✓] No. Go to Part 6.
- [ ] Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [✓] No. Go to Part 7.
- [ ] Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- [✓] No. Go to Part 8.
- [ ] Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- [ ] No. Go to Part 9.
- [✓] Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>2022 John Deere 245GLC Excavator and accessories | $0.00 | | $262,000.00 |
| | 2021 Edge Powerscreen Conveyor | $0.00 | | $150,000.00 |

| Description | | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 2021 Powerscreen Chieftain (Id: PID00136ADGM65520); 2022 John Deere 844L Wheel Loader with attached 8yd bucket with edge (Id: 1DW844LXCNL714937); 2022 John Deere 824L 4WD Wheel Loader (Id: 1DW824LXVNL714032); . 2022 Edge 8040 Track Conveyor (Id: 22TS80401600); 2017 Terex 2200 Powerscreen Chieftain Screening Plant (Id: PID00136JDGHA5420); 2020 John Deere 824L Wheel Loader with 6.25 cu yd bucket (Id: 1DW824LXCKL697341); 2018 Terex 2200 Powerscreen Chieftan Track Screening Plant (Id: PID00136LDGI87751); 2022 John Deere 824L 4WD Wheel Loader with John Deere 6.75 cu yd bucket with 1 Load Rite Model L2150 scale system with rotary trigger (Id: 1DW824LXVML712912); 2021 John Deere 650K LGP Dozer with Limb Risers Rear Screen and A/C Guard (Id: 1T0650KKTMF403470). | | $0.00 | less depreciatio | $5,000,000.00 |
| 350 P - Tier Excavator and Strickland 60 inch bucket | | $0.00 | | $400,000.00 |

51. **Total of Part 8.**                    $5,812,000.00

    Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ☐ No
    ☑ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ☑ No
    ☐ Yes

## Part 9: Real property

54. Does the debtor own or lease any real property?

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Commercial/Office building located at 2711 Highway 14 West, Autaugaville, AL 36003 | Month to Month Tenant | $0.00 | | $0.00 |

| Debtor | Mitchell Rock, Inc. | Case number (If known) 25-00701-11 |
|---|---|---|
| | Name | |

56. **Total of Part 9.** $0.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties Business License | $0.00 | | $1.00 |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. **Total of Part 10.** $1.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Mitchell Rock, Inc.**                                    Case number *(If known)* 25-00701-11
        Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $5,000.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $37,449.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $5,812,000.00 | |
| 88. Real property. *Copy line 56, Part 9.*......................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $1.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $5,854,450.00 + 91b. | $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $5,854,450.00 |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5

Case 25-00701-TOM11    Doc 42    Filed 04/25/25    Entered 04/25/25 15:18:31    Desc Main
Document    Page 6 of 9

# Fill in this information to identify the case:

Debtor name: **Mitchell Rock, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ALABAMA**

Case number (if known): **25-00701-11**

☒ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A – Amount of claim (Do not deduct the value of collateral.) | Column B – Value of collateral that supports this claim |
|---|---|---|

**2.1 Commercial Credit Group**
Creditor's Name

ATTN: Rosemarie Chamblee
525 N. Tryon Street, Ste 1000
Charlotte, NC 28202
Creditor's mailing address

rchambless@commercialcreditgroup.com
Creditor's email address, if known

Date debt was incurred: **2022**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien:
**2021 Powerscreen Chieftain (Id: PID00136ADGM65520); 2022 John Deere 844L Wheel Loader with attached 8yd bucket with edge (Id: 1DW844LXCNL714937); 2022 John Deere 824L 4WD Wheel Loader (Id: 1DW824LXVNL714032); . 2022 Edge 8040 Track Conveyor**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed

Amount: **$4,000,000.00**    Value: **$5,000,000.00**

**2.2 First Citizens Bank & Trust Company**
Creditor's Name

P.O. Box 550599
Jacksonville, FL 32255
Creditor's mailing address

docusignadmin@firstcitizens.com
Creditor's email address, if known

Date debt was incurred: **June 2023**

Describe debtor's property that is subject to a lien:
**2022 John Deere 245GLC Excavator and accessories**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No

Amount: **$250,000.00**    Value: **$262,000.00**

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 3

| Debtor | Mitchell Rock, Inc. | Case number (if known) | 25-00701-11 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number** 3139

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | John Deere Financial | Describe debtor's property that is subject to a lien | $327,337.91 | $400,000.00 |
|---|---|---|---|---|

Creditor's Name

**ATTN: Jennifer McMillin
6400 NW 86th Street
Johnston, IA 50131**
Creditor's mailing address

**350 P - Tier Excavator and Strickland 60 inch bucket**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Renasant Bank | Describe debtor's property that is subject to a lien | $50,000.00 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**221 E. Washington Street
Kosciusko, MS 39090**
Creditor's mailing address

**2021 Edge Powerscreen Conveyor**

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**October 2023**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9611**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $4,627,337.91

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

Official Form 206D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2 of 3

Case 25-00701-TOM11    Doc 42    Filed 04/25/25    Entered 04/25/25 15:18:31    Desc Main
Document    Page 8 of 9

Debtor   **Mitchell Rock, Inc.**
         Name                                    Case number (if known)   **25-00701-11**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |